IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE: DONALD W. BRANSCUM                  CASE NO. 4:21-bk-11153
      DEBTOR                                                                    CHAPTER 12

## DEBTOR'S RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY STONE BANK

Comes Debtor Donald W. Branscum, and for his Responses to the First Set of Requests for Admission Propounded to by Stone Bank (the "**Bank**"), states:

### GENERAL OBJECTIONS

Defendant generally objects to the eighty (80) requests for admissions propounded by the Bank on the basis that the discovery sought is already in the possession of the Bank, or can be obtained from some other source that is more convenient, less burdensome, and less expensive. These objections are specifically incorporated by reference into all responses herein, in addition to any other objections stated. All responses are made subject to and without waiving these objections.

REQUEST FOR ADMISSION NO.1: Admit the Bank is a federally insured banking institution chartered under the laws of the State of Arkansas.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 2: Admit Stone Bank was formerly known as Ozark Heritage Bank, N.A.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 3: Admit Donald W. Branscum ("**D. Branscum**") is an individual resident of Stone County, Arkansas.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 4: Admit D. Branscum is the spouse of Shirley Branscum.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 5: Admit D. Branscum is personally familiar with the signature of S. Branscum.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 6: Admit, on or about September 30, 2013, D. Branscum executed in favor of the Bank a Promissory Note in the principal sum of Two Hundred Sixteen Thousand Three Hundred and 00/100 Dollars ($216,300.00) (the "**Note-Loan No. \*\*3986**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 7: Admit the Note-Loan No. \*\*3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 8: Admit the Note-Loan No. \*\*3986 evidences Stone Bank Loan No. \*\*3986 ("**Loan No. \*\*3986**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 9: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Note-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 10: Admit a true and correct redacted copy of the Note-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 1**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 11: Admit D. Branscum executed in favor of the Bank a Commercial Loan and Security Agreement (the "**Loan Agreement-Loan No. **3986**") on or about September 30, 2013 in connection with the Note-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 12: Admit the Loan Agreement-Loan No. **3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 13: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Loan Agreement-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 14: Admit a true and correct redacted copy of the Loan Agreement-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 2**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 15: Admit D. Branscum executed in favor of the Bank a Mortgage, dated September 30, 2013 (the "**Mortgage-Loan No. **3986**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 16: Admit S. Branscum executed in favor of the Bank the Mortgage-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 17: Admit the Mortgage-Loan No. **3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 18: Admit the Mortgage-Loan No. **3986 was filed for record with the Circuit Clerk of Stone County, Arkansas, on October 16, 2013, in MORT Book 191 at Page 42.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 19: Admit the Mortgage-Loan No. **3986 was filed for record with the Circuit Clerk of Searcy County, Arkansas, on October 18, 2013, in MORT Book 188 at Page 266.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 20: Admit a true and correct redacted copy of the Mortgage-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 3.**

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 21: Admit D. Branscum executed in favor of the Bank an Assignment of Leases and Rents, dated September 30, 2013 (the "**Assignment of Rents-Loan No. **3986**") in connection with Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 22: Admit S. Branscum executed in favor of the Bank the Assignment of Rents-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 23: Admit the Assignment of Rents-Loan No. **3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 24: Admit the Assignment of Rents-Loan No. **3986 was filed for record with the Circuit Clerk of Stone County, Arkansas, on October 16, 2013, in MISC Book 73 at Page 381.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 25: Admit the Assignment of Rents-Loan No. **3986 was filed for record with the Circuit Clerk of Searcy County, Arkansas, on October 18, 2013, in MISC Book 164 at Page 142.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 26: Admit a true and correct redacted copy of the Assignment of Rents-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 4**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 27: Admit, on or about January 17, 2020, D. Branscum executed in favor of the Bank a Debt Modification Agreement (the "**First Modification Agreement-Loan No. \*\*3986**") in connection with Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 28: Admit the First Modification Agreement-Loan No. **3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 29: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the First Modification Agreement-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 30: Admit a true and correct redacted copy of the First Modification Agreement-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 5**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 31: Admit, on or about July 29, 2020, D. Branscum executed in favor of the Bank a Debt Modification Agreement (the "**Second Modification Agreement-Loan No. **3986**") in connection with Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 32: Admit the Second Modification Agreement-Loan No. **3986 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 33: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Second Modification Agreement-Loan No. **3986.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 34: Admit a true and correct redacted copy of the Second Modification Agreement-Loan No. **3986 is attached hereto and incorporated herein by reference as **Exhibit 6**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 35: Admit, on or about April 20, 2018, D. Branscum executed in favor of the Bank a Promissory Note in the principal sum of Two Hundred Seventy-Three Thousand Nine Hundred and 00/100 Dollars ($273,900.00) (the "**Note-Loan No. **7496**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 36: Admit the Note-Loan No. **7496 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 37: Admit the Note-Loan No. **7496 evidences Stone Bank Loan No. **7496 ("**Loan No. **7496**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 38: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Note-Loan No. **7496.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 39: Admit a true and correct redacted copy of the Note-Loan No. **7496 is attached hereto and incorporated herein by reference as **Exhibit 7**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 40: Admit, in connection with the Note-Loan No. **7496 and Loan No. **7496, D. Branscum executed in favor of the Bank a Commercial Loan Agreement (the "**Loan Agreement-Loan No. **7496**") on or about April 20, 2018.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 41: Admit the Loan Agreement-Loan No. **7496 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 42: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Loan Agreement-Loan No. **7496.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 43: Admit a true and correct redacted copy of the Loan Agreement-Loan No. **7496 is attached hereto and incorporated herein by reference as **Exhibit 8**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 44: Admit D. Branscum executed in favor of the Bank a Mortgage, dated April 20, 2018 (the "**Mortgage-Loan No. **7496-Stone County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 45: Admit S. Branscum executed in favor of the Bank the Mortgage-Loan No. **7496-Stone County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 46: Admit the Mortgage-Loan No. **7496-Stone County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 47: Admit the Mortgage-Loan No. **7496-Stone County was filed for record with the Circuit Clerk of Stone County, Arkansas, on April 26, 2018, in MORT Book 219 at Page 290.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 48: Admit a true and correct redacted copy of the Mortgage-Loan No. **7496-Stone County is attached hereto and incorporated herein by reference as **Exhibit 9.**

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 49: Admit D. Branscum executed in favor of the Bank a Correction Mortgage, dated May 10, 2018 (the "**Correction Mortgage-Loan No. **7496-Stone County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 50: Admit S. Branscum executed in favor of the Bank the Correction Mortgage-Loan No. **7496-Stone County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 51: Admit the Correction Mortgage-Loan No. **7496-Stone County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 52: Admit the Correction Mortgage-Loan No. **7496-Stone County was filed for record with the Circuit Clerk of Stone County, Arkansas, on May 11, 2018, in MORT Book 219 at Page 547.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 53: Admit a true and correct redacted copy of the Correction Mortgage-Loan No. **7496-Stone County is attached hereto and incorporated herein by reference as **Exhibit 10.**

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 54: Admit D. Branscum executed in favor of the Bank an Assignment of Leases and Rents, dated April 20, 218 (the "**Assignment of Rents-Loan No. **7496-Stone County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 55: Admit S. Branscum executed in favor of the Bank the Assignment of Rents-Loan No. **7496-Stone County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 56: Admit the Assignment of Rents-Loan No. **7496-Stone County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 57: Admit the Assignment of Rents-Loan No. **7496-Stone County was filed for record with the Circuit Clerk of Stone County, Arkansas, on April 26, 2018, in MISC Book 102 at Page 194.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 58: Admit a true and correct redacted copy of the Assignment of Rents-Loan No. **7496-Stone County is attached hereto and incorporated herein by reference as **Exhibit 11**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 59: Admit D. Branscum executed in favor of the Bank a Correction Assignment of Leases and Rents, dated May 10, 2018 (the "**Correction Assignment of Rents-Loan No. **7496-Stone County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 60: Admit S. Branscum executed in favor of the Bank the Correction Assignment of Rents-Loan No. **7496-Stone County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 61: Admit the Correction Assignment of Rents-Loan No. **7496-Stone County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 62: Admit the Correction Assignment of Rents-Loan No. **7496-Stone County was filed for record with the Circuit Clerk of Stone County, Arkansas, on May 11, 2018, in MISC Book 102 at Page 350.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 63: Admit a true and correct redacted copy of the Correction Assignment of Rents-Loan No. **7496-Stone County is attached hereto and incorporated herein by reference as **Exhibit 12**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 64: Admit D. Branscum executed in favor of the Bank a Mortgage, dated April 20, 2018 (the "**Mortgage-Loan No. **7496-Searcy County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 65: Admit S. Branscum executed in favor of the Bank the Mortgage-Loan No. **7496-Searcy County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 66: Admit the Mortgage-Loan No. **7496-Searcy County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 67: Admit the Mortgage-Loan No. **7496-Searcy County was filed for record with the Circuit Clerk of Searcy County, Arkansas, on May 11, 2018, in MORT Book 217 at Page 279.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 68: Admit a true and correct redacted copy of the Mortgage-Loan No. **7496-Searcy County is attached hereto and incorporated herein by reference as **Exhibit 13.**

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 69: Admit D. Branscum executed in favor of the Bank an Assignment of Leases and Rents, dated April 20, 2018 (the "**Assignment of Rents-Loan No. **7496-Searcy County**").

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 70: Admit S. Branscum executed in favor of the Bank the Assignment of Rents-Loan No. **7496-Searcy County.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 71: Admit the Assignment of Rents-Loan No. **7496-Searcy County was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent

REQUEST FOR ADMISSION NO. 72: Admit the Assignment of Rents-Loan No. **7496-Searcy County was was filed for record with the Circuit Clerk of Searcy County, Arkansas, on May 11, 2018, in MISC Book 197 at Page 336.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 73: Admit a true and correct redacted copy of the Assignment of Rents-Loan No. **7496-Searcy County is attached hereto and incorporated herein by reference as **Exhibit 14**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 74: Admit D. Branscum executed in favor of the Bank a Security Agreement, dated April 20, 2018 (the "**Security Agreement-Loan No. \*\*7496**") in connection with Loan No. **7496.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 75: Admit the Security Agreement-Loan No. **7496 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 76: Admit a true and correct redacted copy of the Security Agreement-Loan No. **7496 is attached hereto and incorporated herein by reference as **Exhibit 15**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 77: Admit, on or about July 31, 2019, D. Branscum executed in favor of the Bank a Debt Modification Agreement (the "**Modification Agreement-Loan No. **7496**") in connection with Loan No. **7496.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 78: Admit the Modification Agreement-Loan No. **7496 was delivered to the Bank.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 79: Admit valuable consideration was given by the Bank to D. Branscum in connection with his execution and delivery of the Modification Agreement-Loan No. **7496.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

REQUEST FOR ADMISSION NO. 80: Admit a true and correct redacted copy of the Modification Agreement-Loan No. **7496 is attached hereto and incorporated herein by reference as **Exhibit 16**.

RESPONSE: Admitted the referenced loan documents speak for themselves and denied to the extent inconsistent.

Dated: June 23, 2021         Respectfully submitted,

                                   KEECH LAW FIRM, PA
                                   2011 Broadway Avenue
                                   Little Rock, Arkansas 72206
                                   501.221.3200
                                   501.221.3201(fax)

By:   */s/ John T. Adams*
       John T. Adams (Ark. Bar No. 2005014)
       jadams@keechlawfirm.com
       Kevin P. Keech (Ark. Bar No. 98147)
       kkeech@keechlawfirm.com

*Attorneys for the Debtor Donald W. Branscum*

**CERTIFICATE OF SERVICE**

      I, John T. Adams, hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

Ryan Casteel
Hopkins Casteel PLC
100 West Second Street
Little Rock, AR 72201

Renee Williams
Chapter 12 Standing Trustee
125 Robertsridge Street
Hot Springs, AR 71901

U.S. Trustee (UST)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

And all others registered to receive CM/ECF notifications.